# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: DISQUALIFICATION OF JUDGE   :   No. 46 WM 2022
JEFFRY N. GRIMES                    :
                                             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of May, 2023, the Application for Extraordinary Relief is DENIED, and the Applications for Intervention are DISMISSED AS MOOT.

      Justice Brobson notes his dissent.